No. 11–10593.  PADILLA v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–10594.  JONES v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–10596.  VARNES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–10597.  VASQUEZ-ROJAS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–10598.  TAYLOR v. UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 11–10600.  SUMMERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10601.  RIVERA v. CITY OF CHELSEA, MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 11–10602.  RODRIGUEZ-GARCIA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–10603.  HIGGINS v. CONSOLIDATED RAIL CORPORATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–10605.  MCCARTHY v. SOSNICK ET AL.  Ct. App. Mich.  Certiorari denied.

No. 11–10606.  SIMMS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 11–10608.  SPENCER v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 11–10609.  TORRES HERNANDEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–10610.  HENRY ET VIR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.